**B6I (Official Form 6I) (12/07)**

In re **Michael P Lacey**        Case No. **2:13-bk-55466**
                                  Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Stepdaughter** | AGE(S): **16** |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Sales** | **Admin** |
| Name of Employer | **Select Comfort** | **Ohio Health Corporation** |
| How long employed | **2 months** | **5 years** |
| Address of Employer | **9800 59th Ave. North** **Minneapolis, MN 55442** | **180 East Broad St.** **Columbus, OH 43215** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **2,764.73** | $ **4,045.60** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **2,764.73** | $ **4,045.60** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ **423.93** | $ **605.11** |
|    b. Insurance | $ **0.00** | $ **436.19** |
|    c. Union dues | $ **0.00** | $ **0.00** |
|    d. Other (Specify) **See Detailed Income Attachment** | $ **0.00** | $ **309.71** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **423.93** | $ **1,351.01** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **2,340.80** | $ **2,694.59** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **172.48** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
|  | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): | $ **0.00** | $ **0.00** |
|  | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **172.48** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **2,340.80** | $ **2,867.07** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **5,207.87** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Non-filing wife's income is based on a regular 40 hour work week, no overtime is regularly earned. Debtor's income is from a new job (first paystub recevied January 2, 2015), he does receive commission income which is listed here and based on the most recent earnings.**

**B6I (Official Form 6I) (12/07)**

In re **Michael P Lacey**          Case No. **2:13-bk-55466**

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---:|---:|
| **United Way** | $ 0.00 | $ 21.67 |
| **403(b)** | $ 0.00 | $ 121.38 |
| **FSA Health Care Account** | $ 0.00 | $ 166.66 |
| **Total Other Payroll Deductions** | $ 0.00 | $ 309.71 |

Case 2:13-bk-55466   Doc 54   Filed 02/24/15   Entered 02/24/15 15:16:58   Desc Main
Document     Page 2 of 11

**B6J (Official Form 6J) (12/07)**

In re **Michael P Lacey**                          Case No. **2:13-bk-55466**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ **0.00** |
|    a. Are real estate taxes included? | Yes **X**   No ___ | |
|    b. Is property insurance included? | Yes **X**   No ___ | |
| 2. Utilities:   a. Electricity and heating fuel | | $ **287.00** |
|               b. Water and sewer | | $ **85.00** |
|               c. Telephone | | $ **0.00** |
|               d. Other  **See Detailed Expense Attachment** | | $ **285.13** |
| 3. Home maintenance (repairs and upkeep) | | $ **75.00** |
| 4. Food | | $ **850.00** |
| 5. Clothing | | $ **175.00** |
| 6. Laundry and dry cleaning | | $ **45.00** |
| 7. Medical and dental expenses | | $ **310.00** |
| 8. Transportation (not including car payments) | | $ **275.00** |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ **75.00** |
| 10. Charitable contributions | | $ **0.00** |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|               a. Homeowner's or renter's | | $ **0.00** |
|               b. Life | | $ **0.00** |
|               c. Health | | $ **0.00** |
|               d. Auto | | $ **325.14** |
|               e. Other ___ | | $ **0.00** |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) ___ | | $ **0.00** |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|               a. Auto | | $ **0.00** |
|               b. Other **Condo Fees** | | $ **80.00** |
|               c. Other **Non-filing spouse student loan payment** | | $ **100.00** |
| 14. Alimony, maintenance, and support paid to others | | $ **0.00** |
| 15. Payments for support of additional dependents not living at your home | | $ **0.00** |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ **0.00** |
| 17. Other **See Detailed Expense Attachment** | | $ **295.00** |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **3,262.27** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

    **Debtor and step-daughter have some expensive prescription costs out of pocket. No anticipated changes.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. | Average monthly income from Line 15 of Schedule I | $ **5,207.87** |
| b. | Average monthly expenses from Line 18 above | $ **3,262.27** |
| c. | Monthly net income (a. minus b.) | $ **1,945.60** |

**B6J (Official Form 6J) (12/07)**

In re **Michael P Lacey**          Case No. **2:13-bk-55466**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| Cell phones (3) | $ 225.13 |
| Cable/internet | $ 60.00 |
| **Total Other Utility Expenditures** | $ **285.13** |

**Other Expenditures:**

| | |
|---|---:|
| Personal grooming | $ 85.00 |
| Household supplies | $ 65.00 |
| After-school activities for step-daughter | $ 70.00 |
| Pet food/meds | $ 75.00 |
| **Total Other Expenditures** | $ **295.00** |

| Employee | Emp ID | Social Security | Status | Fed-Res-Work Exempt/Allow | Number |
|---|---|---|---|---|---|
| MICHAEL LACEY | 31844 | XXX-XX-X000 | US M OH M | US 6/0 OH.-610 | 20188960 |

| Code | Paygroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| SELEC12 | 1 | 200 | 2500 | 12/19/14 | 12/14/14 | 12/27/14 | 01/02/15 |

| Earnings | Rate | Hrs/Units | Currant | Year To Date | Paid Time Off | | Balance |
|---|---|---|---|---|---|---|---|
| Regular Pay | 9 0000 | 53 75 | .483.75 | 4031,75 | P10 | | 0 OQ |
| Total Gross | | | 48375 | 483.75 | | | |

```
          Ttxcs                    ---------------pCcj   1t  c  mS--
     Social Senunty  FICA)     29 99    "29'99i Checking   X)CXXX3070           2f1ENOTE*
         Federal Medicare       7 01     7 01
         Ohio Income Tax        2 73     2 73
         Columbus City Tax     12 09    12 09                         Current    Year To Date
        ,Càlumbus ,Citv Tax NOñRes.   1209    .12.09  W2'GrOss Wages...  ' 43375      48378
         Total                 63.91    63.91


         Net' Pay                     419:84
```

Select Comfort Retail Corporation - 9800 59th Avenue North Minneapolis,　　MN 55442 - (763) 551-7077

© 2006 ADR LLC ©: Rrs Reserved

## select comfort
CREATOR OF THE SLEEP NUMBER BED
9800 59th Avenue North
Minneapolis, MN 55442

01/16/2015          D0214433

**ADVICE OF DEPOSIT - NON-NEGOTIABLE**          $638.48

USM1429   2500          713A-1-592

MICHAEL LACEY
9263 POLARIS GREEN DRIVE
COLUMBUS, OH 43240

**NON-NEGOTIABLE**

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | Emp ID | Social Security | Status | Fed-Res-Work Exempt/Allow | Number |
|---|---|---|---|---|---|
| MICHAEL LACEY | 31844 | XXX-XX-XXXX | US-M OH-M | US 610  OH 6/0 | 00214433 |

| Code | PayGroup | Division | Department | Hire Date | Period Start | Period End | Pay Date |
|---|---|---|---|---|---|---|---|
| SELECT2 | 1 | 200 | 2500 | 12/19/14 | 12/28/14 | 01/10/15 | 01/16/15 |

| Earnings | Rate | Hrs/Units | Current | Year To Date | Paid Time Off | | Balance |
|---|---|---|---|---|---|---|---|
| Regular Pay | 9.0000 | 78.50 | 706.50 | 1100.25 | PTO | | 0.00 |
| H1t-1dlidü pay Howty... | 5000 | 75(j | 33.75 | 33.75 | | | |
| Total Gross | | | 740.25 | 1224.00 | | | |

| Taxes | | Current | Year To Date | Deposits | | | Account |
|---|---|---|---|---|---|---|---|
| | | | | Checking -, XXXXX3079 | | | 638.48 |
| Social Security (RCA) | | 45.90 | 75.89 | | | | |
| Federal Medicare | | 10.74 | 17.75 | | | | |
| Ohio Income Tax | | 8.11 | 10.84 | | | Current | Year To Date |
| Columbus | | 18.55 | 30.60 | W2 Gross Wages | | 740.25 | 1224.00 |
| Columbus.CityTaxNon-Res | | -18.51 | -30.60 | | | | |
| Total | | 101.77 | 165.68 | | | | |

**Net Pay**          638.48

Select Comfort Retail Corporation - 9800 59th Avenue North Minneapolis    MN 55442 - (763) 551-7077
© 2006 ADP, LLC All Rights Reserved

Irl                                                                                                          HE

## select comfort
CREATOR OF THE SLEEP NUMBER BED
9800 59th Avenue North
Minneapolis, MN 55442

01/30/2015          D0216635

**ADVICE OF DEPOSIT - NON-NEGOTIABLE**                                                      $1,282.48

USM1429    2500          714A-1-590
MICHAEL LACEY
9263 POLARIS GREEN DRIVE
COLUMBUS, OH  43240

**NON-NEGOTIABLE**

REMOVE DOCUMENT ALONG THIS PERFORATION

| Employee | | Fmp ID | Social Security | Status | ed -Re Wott Exempt/Allow | Number |
|---|---|---|---|---|---|---|
| MICHAEL LACEY | | 31844 | XXX-XX)00C US | OH-M | 01-1-6/0 | -00216635- |
| Code | Paygroup | Division | Department I-fin' Date | Period Start | Period End | Pay Date |
| SELECT2 | | | | | | |

| Earnings | Rare | F-lrsf0nit | Lurrent | Year To Date | Paid Time Off | Balance |
|---|---|---|---|---|---|---|
| Regular Pay | -- | 90000- | 75.00 | 675.00 | '-1865.25  ro | |
| | | | | 550-49 | | |
| Store | | | 275.24 -- | 275.24 | | |
| P.eta3 I lel;d pa_y 1c,U'.ly | | | | 38.75 lXrtcL Deposit ALcuwjLs | | Aplouni |
| Mattress Pad Incentive | | | -- 4000 | 40.00 Checking - XXXXXS079 | | 4282 48 |
| Total Gross | | | 1540.73 | 2764.73 | | |

| Taxes | | current | Year To Date |
|---|---|---|---|
| Federal Income To | 28.69 | 28.69 W2 Gross Wages | 1540J3  2764.73 |
| Social Security (PICA)' | 95 52 | 171.41 | |
| Federal Medicare | 22.34 | 40.09 | |
| Ohio Income :Tax!:. | 34.66 | 45.50 | |
| Columbus city Tax. | :38.52 | 69 12 | |
| Columbus City Tax Non Flea | 38.52 | | |
| Total | 258.25 | 423.93 | |

Net Pay                1282:48

Select Comfort Retail Corporation - 9800 59th Avenue North Minneapolis,    MN    55442 - (763) 551-7077

*4.#/  (r:2prce:tw r*P,tC Me.OeZ -tJjetM-*

| | | | | | |
|---|---|---|---|---|---|
| **Ohiofiealth** Corporation<br>180 East Broad Street<br>Columbus, OH 43215 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | Corporate Associates<br>12/21/2014<br>01/03/2015 | | Business Unit:<br>Check #:<br>Check Date: | OHPAR<br>000000005121154<br>01/09/2015 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | TAX DATA: | Federal | OH State |
| **Mary Jayne** Lacey<br>9263 Polaris Green Drive<br>Columbus, OH 43240 | Associate ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 78306<br>79170-Hr Resource Center<br>180 E. Broad Street<br>HR Resource Center Spec II<br>822.170000 Hourly | | Marital Status:<br>Allowances:<br>Addl. Pct:<br>Addl. Arat: | Mauled<br>3 | Not applicable<br>4 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Biometrics Health Credits | | | 40.00 | | 40.00 |
| Holiday Pay | 22.170000 | 16.00 | 354.72 | 16.00 | 354.72 |
| Regular | 22.170000 | 55.75 | 1,235.98 | 55.75 | 1,235.98 |
| TAP Authorized | 22.170000 | 8.25 | 182.90 | 8.25 | 182.90 |
| **TOTAL:** | | **80.00** | **1,813.60** | **80.00** | **1,813.60** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 76.53 | 76.53 |
| Fed MED/EE | 22.58 | 22.58 |
| Fed OASDI/EE | 96.55 | 96.55 |
| OH Withholdng | 36.33 | 36.33 |
| OH COLUMBUS Withholdng | 38.93 | 38.93 |
| **TOTAL:** | **270.92** | **270.92** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical - PCA | 153.00 | 153.00 |
| Dental | 19.71 | 19.71 |
| Vision Service Plan | 7.20 | 7.20 |
| 403(b) Savings Plan | 18.14 | 18.14 |
| FSA - Health Care Account | 76.92 | 76.92 |
| **TOTAL:** | **274.97** | **274.97** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Group Term Life | 2.61 | 2.61 |
| AD&D (Personal Acc. Ins.) | 0.81 | 0.81 |
| Supplemental Children Life | 0.92 | 0.92 |
| Long Term Disability | 16.52 | 16.52 |
| United Way | 10.00 | 10.00 |
| **TOTAL:** | **30.86** | **30.86** |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Employer Paid Life Ins - 1X* | 0.43 | 0.43 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | W) 041 IN4aFlU | (IIIAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,813.60 | 1,539.06 | 270.92 | 305.83 | 1,236.85 |
| YTD | 1,813.60 | 1,539.06 | 270.92 | 305.83 | 1,236.85 |

| LEAVE BALANCES | TAP | SSP | PERS LEAVE | | | | |
|---|---|---|---|---|---|---|---|
| Available Balance | 53.40 | 0.0 | 0.0 | | | | |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000005121154 | Checking | xxxxx3079 | $1,236.85 |
| TAP Hours Earned this Pay | 5.23 | TOTAL: | $1,236.85 |

**MESSAGE:**

| OhioHealth Corporation  180 East Broad Street  Columbus, OH 43215 | Pay Group:  Pay Begin Date:  Pay End Date: | RUF-OHH Corporate Associates  01/04/2015  01/17/2015 | Business Unit:  Check #:  Check Date: | OJ-IPAR  000000005139731  01/23/2015 |
|---|---|---|---|---|

| | | | TAX DATA: | Federal | OH State |
|---|---|---|---|---|---|
| Mary Jayne Lacey  9263 Polaris Green Drive  Columbus, OH 43240 | Associate ID:  Department:  Location:  Job Title:  Pay Rate: | 78306  79170-Hr Resource Center  180 B. Broad Street  HR Resource Center Spec 11  822.170000 Hourly | Marital Status:  Allowances:  Addl. Pct:  Addl. Ad• | Married  3 | Not applicable  4 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Biometrics Health Credits | | | 40.00 | | 80.00 |
| Overtime | 33.253333 | 0.75 | 24.94 | 0.75 | 24.94 |
| Regular | 22.170000 | 72.00 | 1,596.24 | 127.75 | 2,832.22 |
| TAP Authorized | 22.170000 | 7.25 | 160.73 | 15.50 | 343.63 |
| Tuition Reimbursed-Before | | | 3,500.00 | | 3,500.00 |
| Holiday Pay | | | 0.00 | 16.00 | 354.72 |
| **TOTAL:** | | 80.00 | 5,321.91 | 160.00 | 7,135.51 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Witbholdng | 72.30 | 148.83 |
| Fed MED/EE | 22.70 | 45.28 |
| Fed OASDI/EE | 97.06 | 193.61 |
| OH Withholdng | 35.35 | 71.68 |
| OH COLUMBUS Withholdng | 39.14 | 78.07 |
| **TOTAL:** | 266.55 | 537.47 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical - PCA | 153.00 | 306.00 |
| Dental | 19.71 | 39.42 |
| Vision Service Plan | 7.20 | 14.40 |
| 403(b) Savings Plan | 54.66 | 72.80 |
| FSA - Health Care Account | 76.92 | 153.84 |
| **TOTAL:** | 311.49 | 586.46 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Group Term Life | 2.61 | 5.22 |
| AD&D (Personal Acc. Ins.) | 0.81 | 1.62 |
| Supplemental Children Life | 0.92 | 1.84 |
| Long Term Disability | 16.52 | 33.04 |
| United Way | 10.00 | 20.00 |
| **TOTAL:** | 30.86 | 61.72 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Employer Paid Life Ins - 1X* | 0.43 | 0.86 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 5,321.91 | 1,510.85 | 266.55 | 342.35 | 4,713.01 |
| YTD | 7,135.51 | 3,049.91 | 537.47 | 648.18 | 5,949.86 |

| LEAVE BALANCES | TAP | SSP | PERS LEAVE | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| Available Balance | 51.38 | 0.0 | 0.0 | Payment Type | Account Type | Account Number | Amount |
| | | | | Advice #000000005139731 | Checking | xxxxx3079 | $4,713.01 |
| | | | | TAP Hours Earned this Pay | 5.23 | TOTAL: | $4,713.01 |

**MESSAGE:**

| Ohiollealth Corporation | Pay Group: | ROi-OHN Corporate Associates | Business Unit: | OHPAR |
|---|---|---|---|---|
| 180 East Broad Street | Pay Begin Date: | 07/18/2015 | Check /1: | 000000005161160 |
| Columbus, OH 43215 | Pay End Date: | 01/31/2015 | Check Date: | 02106/2015 |

| | | | TAX **DATA**; | Federal | **OH** State |
|---|---|---|---|---|---|
| Mary Jayne Lacey | Associate ID: | 78306 | Marital Status: | Married | Not applicable |
| 9263 Polaris Green Drive | Department: | 791 70-Hr Resource Ccnirr | Allowances: | 3 | 4 |
| Columbus, OH 43240 | Location: | 180 B. Broad Street | Addl. Pet: | | |
| | Job Title: | HR Resource Center Spec 11 | Addl. Amt' | | |
| | Pay Rate: | $22840000 Hourly | | | |

**HOURS AND EARNINGS**

| | | | --- Current I | ---- I | ⇒= | YTD |
|---|---|---|---|---|---|---|

| Oeterintinu | Current | |
|---|---|---|
| Fed Withholdng | 70.91 | 288.86 |
| Fed MED/BE | 23.36 | 72.18 |
| Fed OASDT/EE | 99.87 | 308.64 |
| OH Witlsholdng | 36.87 | 117.11 |
| OH COLUMBUS Withholdng | 40.27 | 124,45 |

0.

| TOTAL; | | 80.00 | 1,867.20) | 240.00 | 9,097.20 | TOTAL: | 279.28 | 91124 |
|---|---|---|---|---|---|---|---|---|

| **BEFORE-TAX DEDUCTIONS** | | | **AFTER-TAX DEDUCTIONS** | | | **EMPLOYER PAID BENEFITS** | | |
|---|---|---|---|---|---|---|---|---|
| Description | Corrent | f1]) | Description | famof | ).TL | Deseriptioji | Current | IID |
| LMedical - PCA | 153.00 | 459.00 | Gropp Term Life | 2.66 | 7.88 | Employer Paid Life tee' lXt | 0.53 | 1.39 |
| Dental | 19.71 | 59.13 | AD&D (Personal Ace. Ins.) | 0.81 | 2.43 | | | |
| Vision Service Plan | 7.20 | 21,60 | Supplemental Children Life | 0.92 | 2.76 | | | |
| 403(b) Savings Plan | 56.02 | 120.82 | Long Term Disability | 17.02 | 50.06 | | | |
| FSA -Health Care Account | 76.92 | 230.76 | United Way | 10.00 | 30.00 | | | |
| TOTAL: | 312.85 | 89931 | TOTAL: | 31.41 | 93,13 | *TAXABLE= | | |

| **LEAVE BALANCES** | TAP | S&P PERS LEAVE | | **NET PAY DISTRIBUTION** | | | 1 |
|---|---|---|---|---|---|---|---|
| **Available** Balance | 48.61 | 0.0  **0.0** | **PvmenI** Tvne | Account Type | AccountNumber | | Amount |
| | | | Advice 11000000005161160 | Checking | xxxxx3079 | | $1,243.66 |
| | | | TAP Hours Earned this Pay | 5.23 | | TOTAL: | $1,243.66 |

**MESSAGE:**

| OhioRealib Corporation<br>180 East Broad Street<br>Columbus, OH 43215 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | Ohio Corporate Associates<br>02/01/2015<br>02/14/2015 | | Business Units<br>Check 8:<br>Check Date: | OHPAR<br>000000005187425<br>*02/20/2015* |
|---|---|---|---|---|---|
| | | | | TAX DATA: | Federal | **OH** State |
| **Mary** Jayne Lacey<br>9263 Polaris Green Drive<br>Columbus, OH 43240 | Associate ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 78306<br>791,70-Hr Resource Center<br>180 B. Broad Street<br>HR Resource Center Spec 11<br>$22.1140000 Hourly | | Marital Status:<br>Allowances:<br>Mat. Pet:<br>Addl Arn | Married<br>3 | Not applicable<br>4 |

### HOURS AND EARNINGS

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Biometrics Health Credits | | | 40.00 | | 160.00 | |
| Overtime | 34.260000 | 0.50 | 17.13 | 1.25 | 42.07 | |
| Regular | 22.840000 | 80.00 | 1,827.20 | 279.75 | 6,303.90 | |
| Holiday Pay | | | 0.00 | 16.00 | 354.72 | |
| Perfect Attendance Program | | | 0.00 | | 140.50 | |
| TAP Authorized | | | 0.00 | 15.50 | 343.63 | |
| TAP Unscheduled | | | 0.00 | 8.00 | 182.72 | |
| Tuition Reimbursed-Before | | | 0.00 | | 3,500.00 | |
| Virgin Health Miles | | | 0.00 | | 244.49 | |
| **TOTAL:** | | **80.50** | **1,884.33** | **320.50** | **11,122.03** | |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 81.40 | 391.33 |
| Fed MED/EE | 23.61 | 97.83 |
| Fed OASDI/EE | 100.94 | 418.29 |
| OH Withholdng | 37.44 | 159.72 |
| OH COLUMBUS Withholdng | 40.70 | 168.66 |
| **TOTAL:** | **284.09** | **1,235.83** |

| Denerintion | Current | YID | Deacriotija | Current | 3LI |
|---|---|---|---|---|---|
| Medical - PCA | 153.00 | 612.00 | Group Tema *Life* | 2.66 | 10.54 |
| Dental | 19.71 | 78.84 | AD±D (Personal Ace. Ins.) | 0.81 | 3.24 |
| Vision Service Plan | 7.20 | 28.81 | Supplemental Children Life | 0.92 | 3.68 |
| 403(b) Savings Plan | 56.53 | 185.35 | Long Term Disability | 17.02 | 67.08 |
| FSA - Health Care Account | 76.92 | 307.68 | United Way | 10.00 | 40.00 |

| LEAVE BALANCES | TAP | SSP | PERS LEAVE | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| Available Balance | 53.84 | 0.0 | 0.0 | Payment Type | Account Type | Account Number | Amount |
| | | | | Advice #000000005187425 | Checking | xxxxx3079 | $1,255.47 |
| | | | | TAP Hours Earned this Pay | 5.23 | **TOTAL:** | **$1,255.47** |

**MESSAGE:**